**In re MATTHEW T.**

Supreme Judicial Court of Maine.

Submitted on briefs June 11, 1987.

Decided June 26, 1987.

Dennis L. Jones, Clark & Jones, Gardiner, for plaintiff.

James E. Tierney, Atty. Gen., Erna Koch, Asst. Atty. Gen., Robert J. Allen (Guardian Ad Litem), Vandermeulen, Goldman, Allen & O'Brian, P.A., Augusta, for defendant.

Before McKUSICK, C.J., and NICHOLS, GLASSMAN, and SCOLNIK, JJ.

MEMORANDUM OF DECISION

Mary Lou T. appeals from a judgment of the District Court (Augusta) terminating her parental rights to her adopted son. 22 M.R.S.A. § 4055 (Supp.1986). She challenges the sufficiency of the evidence to support termination. Examining the evidence in a light most favorable to the party prevailing in the District Court, we conclude that the evidence was sufficient to persuade the factfinder that the statutory requirements were proven to a high probability. *See In re John Joseph V.,* 500 A.2d 628, 629 (Me.1985).

The entry is:

Judgment affirmed.

All concurring.